IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br><br>**Boguslaw Slomski**<br><br>**Debtor(s)** | CHAPTER 7 BANKRUPTCY<br><br>Case No. 23-81247<br><br>Judge Thomas M. Lynch |
|---|---|

## NOTICE OF MOTION TO AUTHORIZE TRUSTEE TO INCUR DEBT

Notified via Electronic filing:    Attorney Marek Loza - Loza Law LLC
Patrick S. Layng - Office of the U.S. Trustee
Notified via U.S. Postal Service:    See attached service list.

PLEASE TAKE NOTICE that on **January 10, 2024, at 11:00 a.m.**, I will appear before the Honorable Thomas Lynch, or any judge sitting in that judge's place, **either** in Courtroom 3100 of the U.S. Bankruptcy Court, Western Division, 327 South Church Street, Rockford, Illinois 61101, **or** electronically as described below, and present the **Motion to Incur Debt for the Estate Pursuant to 11 U.S.C. § 364(b)**, a copy of which is attached.

**Important:** Only parties and their counsel may appear for the presentment of the motion electronically using Zoom for Government. All others must appear in person.

**To appear by Zoom using the internet,** go to this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by Zoom using a telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 291 5226 and the password is 852255. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated:  December 20, 2023        /s/ *Brian A. Hart*
Brian A. Hart, Attorney at Law
5702 Elaine Drive, Suite 204, Rockford, IL  61108-2475
(815) 708-0234 | Brian@rockfordtrustee.com

STATE OF ILLINOIS     }
COUNTY OF WINNEBAGO   } SS        **CERTIFICATE OF SERVICE**

I, Colleen M. Lemek, declare under penalty of perjury under the laws of the United States of America that I served a copy of this notice and the attached motion on each entity shown above and on the attached list at the address shown and by the method indicated on December 20, 2023, at or before 5:00 p.m.

/s/ *Colleen M. Lemek*

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212-5862

Affirm, Inc.
Attn: Bankruptcy
30 Isabella Street, Floor 4
Pittsburgh, PA 15212-5862

Amex
Attn. Bankruptcy Dept.
PO Box 981540
El Paso, TX 79998-1540

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634-2413

Blitt and Gaines, P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061-3112

Boguslaw Slomski
1706 N. Ryan Street
McHenry, IL 60050-3897

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Cavalry Portfolio Services
Attn: Bankruptcy
500 Summit Lake Drive, Suite 400
Vahalla, NY 10595-2321

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Chuhak & Tecson, P.C.
Attn. Cecilio Porras, Esq.
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606-3911

Discover Financial
Attn: Bankruptcy
P.O. Box 3025
New Albany, OH 43054-3025

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE, LA 71203-4774

Lloyd & McDaniel, PLC
P.O. Box 23200
Louisville, KY 40223-0200

Mandarich Law Group LLC
P.O. Box 109032
Chicago, IL 60610-9032

Marek Loza
Loza Law LLC
2340 S. River Road
Suite 120
Des Plaines, IL 60018-3222

Midland Funding/Midland Credit Mgmt
Attn: Bankruptcy
P.O. Box 939069
San Diego, CA 92193-9069

Polish & Slavic FCU
Attn. Bankruptcy Dept.
140 Greenpoint Avenue
Brooklyn, NY 11222-2202

Republic Bank of Chicago
c/o Chuhak & Tecson
120 S Riverside Drive, Suite 1700
Chicago, IL 60606-3911

Republic Bank of Chicago
Attn. Bankruptcy Dept.
120 W. Madison Street, Suite 200
Chicago, IL 60602-4197

Resurgent Capital Services
Attn: Bankruptcy
P.O. Box 10497
Greenville, SC 29603-0497

Synchrony Bank/Lowes
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896-5060

UPLIFT INC
5301 KIETZKE LN STE 200
RENO, NV 89511-2083

US Bank/RMS
Attn: Bankruptcy
P.O. Box 5229
Cincinnati, OH 45201-5229

Walmart Credit Services/Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>**Boguslaw Slomski**<br><br>**Debtor(s).** | CHAPTER 7<br><br>Case No. 23-81247<br><br>JUDGE THOMAS LYNCH |

## MOTION TO INCUR DEBT FOR THE ESTATE PURSUANT TO 11 U.S.C. § 364(b)

NOW COMES the Trustee, Brian A. Hart, by his attorney, Brian A. Hart, and moves this Court to Incur Debt for the Estate Pursuant to 11 U.S.C. § 364(b), and in support thereof, states as follows:

1. Brian A. Hart is the duly qualified and acting Trustee in the above-captioned matter.

2. The § 341 meeting was conducted on December 12, 2023.

3. At the § 341 meeting, the Trustee discovered the existence of a non-disclosed vehicle and subsequently demanded turnover of the vehicle.

4. The Trustee now has in his possession a 2019 Honda Pilot. Previously, the Trustee has filed an Application to Employ Auctioneer to liquidate the property.

5. On further investigation, the Trustee has learned there currently is a lien against the Honda held by Honda Financial Services in the approximate amount of $7,500.00.

6. The Trustee desires to sell the vehicle at an auction which would require him to have title at the time of the auction.

7. The Trustee is willing to advance the funds necessary to clear the title in order to complete a sale at auction.

8. 11 U.S.C. § 364(c) allows the Court, after notice and hearing, to authorize the Trustee to obtain unsecured debt.

1

9. Further, 11 U.S.C. § 364(c)(1) also allows the Court to give the debt incurred priority status above all other administrative expenses.

WHEREFORE, the Trustee Brian A. Hart seeks the entry of an Order authorizing the Estate to incur debt in the amount necessary to pay off the lien of American Honda Finance Corporation so that he can obtain vehicle title free and clear which will allow the vehicle to be auctioned and for the Order to provide the that debt incurred shall be with priority over and above all other administrative expenses.

Brian A. Hart, Trustee

By: BRIAN A. HART, his attorney

By:    /s/ Brian A. Hart

Brian A. Hart
Attorney at Law
5702 Elaine Drive, Suite 204
Rockford, IL 61108-2475
815-708-0234 | Brian@rockfordtrustee.com